

Memorandum

To: The Honorable Indira Talwani, U.S. District Judge
From: James Pace, U.S. Probation Officer
Date: July 30, 2019
Re: **Jancer Soto (Dkt. No. 17 - CR - 10066)**
   **Request for International Travel**

---

On February 28, 2018 Mr. Soto appeared before Your Honor having previously pled guilty to Conspiracy to Possess with Intent to Distribute and to Distribute Heroin, Fentanyl, and Cocaine, in violation of 21 U.S.C. § 846; 21 U.S.C. § 841 (a)(1), and 21 USC § 841 (b)(1)(C). On that date, he was sentenced to 5 years of Probation.

The purpose of this memorandum is to advise the Court that Mr. Soto has requested permission to travel to the Dominican Republic from August 2, 2019 to August 11, 2019. The purpose of his travel will be to visit his grandmother who resides in the country. Subsequent to receiving the defendant's request on July 9, 2019, this officer contacted the Consulate of the Dominican Republic on his behalf to seek permission for his travel. The probation department has received confirmation from the consultant that Mr. Soto has permission to travel to that country. Given that the nature of his travel is family-related, and due to Mr. Soto's overall compliance with his conditions of supervision, the U.S. Probation has no objection to this request.

If Your Honor concurs, please affix your signature below.

Reviewed & Approved by:

/s/ Brett Wingard
Brett Wingard
Supervising U.S. Probation Officer

---

✓ I concur

___ I do not concur

_____
The Honorable Indira Talwani
U.S. District Judge
Date: 7/30/2019

1